

**William Cafaro, Esq.**
*Partner*
ADMITTED IN NY, CA, MD & TX
Email: bcafaro@cafaroesq.com

*Amit Kumar, Esq.*
*Managing Attorney*
ADMITTED IN NY & NJ
Email: akumar@cafaroesq.com

*Andrew S. Buzin, Esq.*
*Of Counsel*
ADMITTED IN NY, FL & DC

108 West 39th Street, Suite 602
New York, New York 10018
Telephone: 212.583.7400
Facsimile: 212.583.7401
www.cafaroesq.com

*Louis M. Leon, Esq.*
*Associate*
ADMITTED IN NY
Email: lleon@cafaroesq.com

*Matthew S. Blum, Esq.*
*Of Counsel*
ADMITTED IN NY
Email: mblum@cafaroesq.com

September 23, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___10/8/2021___

**Via ECF**
Mary Kay Vyskocil, U.S.D.J
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**SO ORDERED. The October 21 IPTC is adjourned. Counsel must provide a status letter regarding the mediation by October 21, 2021.**

Date: 10/8/2021
New York, New York

*Mary Kay Vyskocil*
United States District Judge

Re:   Law
      Case

Your Honor,

    This office represents the Plaintiff, Tiffany Lawson, in the above referenced employment discrimination action. We write, jointly with the Defendants, to request an adjournment of the Initial Pretrial Conference currently scheduled for October 21, 2021, at 10:30AM. No previous requests for an adjournment of this conference have been made.

    The Parties are requesting this relief in order to save litigation resources before the Parties mediation which is currently scheduled for October 18, 2021. If the Parties are unable to settle this action before the assigned mediator, we will promptly inform the Court and request a date for the initial pretrial conference as well as a new date to provide the pre-conference documents required by the Court.

    Respectfully Submitted,
LAW OFFICE OF WILLIAM CAFARO

By:   Amit Kumar, Esq. (AK 0822)
      *Attorneys for Plaintiffs*

CC:

All Counsel of Record (via ECF)