UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TIFFANY LAWSON,                                        Case Number: 21-cv-04894-MKV

                              Plaintiff,

-v-

MITCHELL & TITUS LLP, FREDERICK E.
DAVIS, JR., and IRENE DAVIS,

                             Defendants.
------------------------------------------------------------------X

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned Parties, through their respective counsel, that the above action be and is hereby dismissed with prejudice, without costs to either party, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii)

Dated: New York, New York
_____, 2022

| | |
|---|---|
| LAW OFFICES OF WILLIAM CAFARO | ARENT FOX LLP |
| By: _/s/_ | By: _/s/_ |
| Amit Kumar, Esq. | Darrell Spencer Gay, Esq. |
| | Nicholas Lydell Collins, Esq. |
| 108 West 39 Street, Suite 602 | 1301 Avenue of the Americas, 42nd Flr |
| New York, New York 10018 | New York, New York 10019 |
| Telephone: (212) 583-7400 | Telephone: (212) 484-3900 |
| Akumar@cafaroesq.com | Gay.Darrell@arentfox.com |
| | nicholas.collins@arentfox.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |